*Decided November 13, 1969*

CONNECTICUT TELEVISION, INC. *v.* PUBLIC UTILITIES
COMMISSION ET AL.

NEW HAVEN TV CABLE COMPANY, INC. *v.* PUBLIC
UTILITIES COMMISSION ET AL.

DUCCI ELECTRIC COMPANY, INC. *v.* PUBLIC UTILITIES
COMMISSION ET AL.

THE OUTLET/B-T COMPANY *v.* PUBLIC UTILITIES
COMMISSION ET AL.

Such parties as wish to do so may unite in a joint brief for the above-entitled appeals, and each party may also file a short supplemental brief covering such matters as are not included in a joint brief.

Such parties as wish to do so may unite in a joint appendix for the above-entitled appeals, and each party may also file a supplemental appendix covering such material as is not included in a joint appendix.

*Joseph P. Cooney,* for the appellee (defendant TelePrompTer, Inc.) in each case.

*Marcia B. Smith,* for the appellant (plaintiff) in the third case.

*John L. Collins,* for the appellee (defendant Community Television Systems Inc. in the first and second cases).

*Herbert L. Emanuelson, Jr.,* for the appellant (plaintiff) in the second case.

*Bourke G. Spellacy,* for the appellant (plaintiff) in the fourth case.

Argued November 4—decided November 25, 1969